FELICE JOHN VITI, Acting United States Attorney (#7007)
PETER REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 380-4678
Email: peterr@utahcounty.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| In the matter of the application for authorization to search one (1) United States Postal Service (USPS) Priority Mail Parcel Tracking No. **9405536206249301061314** more fully described in Attachment A | Case No.: 2:25-mj-00619 DBP<br><br>APPLICATION IN SUPPORT OF APPLICATION FOR SEARCH WARRANT<br><br>The Honorable Dustin B. Pead<br>United States Magistrate Judge |

## AFFIDAVIT

I, Solomon Ettinger, being duly sworn, hereby depose and say:

1.  Your affiant, USPIS Task Force Officer Solomon Ettinger, is a POST certified and sworn peace officer in the state of Utah, since 2017. I am currently assigned as a Detective with the Utah County Major Crimes Task Force, and a Task Force Officer with the United States Postal Inspection Service. I specialize in narcotics investigations. Along with my POST certification, I successfully completed a Field Training Officer program and am a member of the SWAT team. I have experience investigating crimes such as Theft, Criminal Mischief, DUI, Fraud, Domestic Violence, and other Utah Criminal Code violations. I have training and experience in the identification of drugs

1

as well as their methods of use and distribution. Your affiant has training and experience in identifying signs of impairment related to drugs and alcohol. I have experience in search warrants related to suspects using and/or distributing illegal substances and executing them as a member of the Provo Police Department and Utah County Major Crimes Task Force. As a result of my training and experience, I am familiar with methods employed by individuals engaged in various illegal activities, including, production, transportation, distribution, and use of illegal substances.

2. I am currently assigned to investigate a variety of federal violations to include controlled substances being transported via the United States Mails. As part of my duties as a Postal Inspector Task Force Officer, I investigate crimes involving the United States Mail including Title 18, United States Code, Section 1716, Nonmailable Matter, Title 21, United States Code, Sections 841(a)(1), Possession with Intent to Distribute a Controlled Substance, 843(b), Unlawful use of a Communication Facility to Facilitate the Distribution of a Controlled Substance, and Title 18 United States Code, Section 1956, Laundering of monetary instruments. The facts and information contained in this affidavit have been obtained by me personally or provided to me by other law enforcement officers and postal employees. Since this affidavit is being submitted for the limited purpose of securing a search warrant from the court, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the search warrant.

3. Based on my training and experience, I am aware that the United States Postal Service mail system is frequently used to transport illicitly used drugs, including controlled substances, and money associated with drug trafficking and other illicit activities to areas throughout the United States. I also know that many subjects prefer mail/delivery services such as Priority Mail because of the reliability and the ability to track the article's progress to the intended delivery point. The fast delivery time with Priority Mail is a big draw for senders of illicit money and drug parcels to get the items delivered in the least amount of time possible to avoid detection by law enforcement. Priority Mail is usually delivered within 1-3 days, which is a big draw for drug traffickers to get the product in their buyer's hands. USPS processes millions of Priority Mail parcels which is a draw to drug traffickers since their drug parcel will be mixed in with such a high volume of other parcels. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she often becomes suspicious of any delayed attempt to deliver the item and may decline the parcel in fear that law enforcement is monitoring the delivery.

4. Based on my training and experience regarding the use of Priority Mail for the transportation of controlled substances and illicit proceeds through the U.S. Mail, I know these types of mailings often bear the following characteristics:

   a. Fictitious names, alternate addresses, or incomplete names and/or addresses in an attempt to conceal their identity from law enforcement, most often by the sender of the parcel.

   b. Cash or cryptocurrency payment for shipping to avoid detection by law enforcement.

3

    c. Parcels shipped from border States, such as California, are known to be source areas for narcotics entering the United States.

    d. Drug traffickers often tape every seam of a parcel in order to mask the smell of illegal drugs.

5. Based on my training and experience, I know drug traffickers and their associates will often use fictitious names or incomplete names and/or addresses in an attempt to conceal their identity from law enforcement. Address verifications are conducted, and the return addresses listed on the articles are often either fictitious or sender names are not associated with the address.

6. This affidavit is made in support of an application for a search warrant for one (1) United States Postal Service Priority Mail parcel bearing tracking number 9405536206249301061314 (SUBJECT PARCEL). The SUBJECT PARCEL is believed to contain illicit money or drugs as part of a drug trafficking scheme. The SUBJECT PARCEL is described as follows:

    a. A United States Postal Service Priority Mail Parcel Tracking No. 9405536206249301061314, addressed to "Jeremy Turner" 675 S 400 W, Payson, UT 84651; bearing a return address of "Rebeka Obrien" 242 E Etiwanda Ave, Rialto, CA 92376; shipped on June 05, 2025, from Fullerton, California, via the United States Postal Service (USPS) weighing 2.24 oz with a shipment cost of $8.56.

## BACKGROUND INVESTIGATION

7. On June 09, 2025, I was conducting interdiction activities utilizing USPS business records at the USPIS Salt Lake City Domicile, Salt Lake City, Utah.

I located the SUBJECT PARCEL and found it suspicious to several factors I know to be consistent with drug trafficking through the mail.

8. I found the listed return of "Rebeka Obrien" 242 E Etiwanda Ave, Rialto, CA 92376 to be suspicious in nature after checking USPS business records and finding that even though the return address was Rialto, CA, it was actually shipped out of Fullerton, CA. Fullerton is approximately 45 miles away from Rialto and constitutes a one and a half hour drive. I know from my training and experience that those involved with drug trafficking will use return addresses that are false or far from their actual residence or place of business in order to distance themselves from the contents of the parcels.

9. I reviewed the recipient's name and address of "Jeremy Turner" 675 S 400 W, Payson, UT 84651, and found multiple and regular shipments addressed there to "Jeremy Turner" bearing similar characteristics as the SUBJECT PARCEL. I know from my training and experience that drug traffickers will often send parcels containing illicit substances on a regular basis from the same geographical area to the same addresses of those purchasing the products.

10. I found in USPS business records the postage for the SUBJECT PARCEL was paid for with cryptocurrency. From my training and experience I know that cryptocurrency, like cash, is often used to purchase shipping by drug traffickers since credit and debit cards are more easily traced by law enforcement.

11. On June 21, 2025, I intercepted the parcel at the Payson, Utah Post Office. I met with Provo City Police Department K-9 Officer Adamson at the Provo City Police Department to conduct a K-9 drug odor detection of the SUBJECT

      PARCEL. I placed three boxes which gave the appearance of being parcels on the ground in a line along with the SUBJECT PARCEL. I did not inform K-9 Officer Adamson which parcel was believed to contain illegal drugs. K-9 Officer Adamson conducted a drug odor detection of the SUBJECT PARCEL and the other parcels with his K-9 Judge. K-9 Officer Adamson reported that K-9 Judge showed a positive alert on the SUBJECT PARCEL, and a positive indication for the odor of illicit narcotics.

12. K-9 Officer Adamson is a certified Peace Officer in the State of Utah and certified through POST with K-9 Judge on December 10, 2024. K-9 Judge is certified in detecting the presence of methamphetamine, heroin, cocaine, psilocybin, and ecstasy.

//
//
//
//
//
//
//
//
//
//
//
//
//

13. Based on the aforementioned facts, your Affiant believes there is probable cause that the SUBJECT PARCEL described in Paragraph No. 6a contain controlled substances and/or proceeds from the trafficking of controlled substances, or other illegal activities that involve the movement of drugs or currency that would have the smell of drugs, constituting evidence of violations of Title 18, United States Code, Section 1716, Nonmailable Matter, Title 21, United States Code, Sections 841(a)(1), Possession with Intent to Distribute a Controlled Substance, 843(b), Unlawful use of a Communication Facility to Facilitate the Distribution of a Controlled Substance.

_____
Solomon G. Ettinger
USPIS Task Force Officer

Subscribed and sworn to before me on this 24th day of June 2025.

_____
Dustin B. Pead
United States Magistrate Judge

**Attachment A**

One (1) Priority Mail parcel tracking number **9405536206249301061314** described as a USPS Priority Mail Flat Rate Envelope measuring approximately 12.5x9.5" addressed to "Jeremy Turner" 675 S 400 W, Payson, UT 84651; bearing a return address of "Rebeka Obrien" 242 E Etiwanda Ave, Rialto, CA 92376.

This parcel is being held at the Provo City Police Department, Utah, and has been held at the Provo City Police Department since June, 21, 2025.

*SUBJECT PARCEL:*

